The People of the State of New York, Respondent, v Gonzalo Aguilar, Appellant.

Submitted May 30, 2017; decided June 1, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.